UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**ELECTRONICALLY**

**FILED**

CRIMINAL NUMBER 03-17-KKC

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                          **PLAINTIFF'S RESPONSE TO**
                    **DEFENDANT'S MOTION TO CORRECT**

DEWAYNE HARRIS                                                          DEFENDANT

\* \* \* \* \* \* \*

Comes the United States, by counsel, and for its response to the defendant's Motion to

Correct Pursuant to Rule 36 (Record No. 76), states as follows:

On December 18, 2003, this Court ordered Defendant Dewayne Harris to pay a fine in

the amount of $10,000.00 and sentenced the Defendant to a total term of imprisonment of 270

months (Record No. 66).  The Court further ordered the fine due immediately.  The Court

provided that if the fine was unpaid upon the commencement of incarceration the fine could be

paid in *minimum* quarterly installments of $25.00.

The Defendant has moved the Court to amend the Judgment by removing "minimum"

from the Order, and argues that the language is somehow "ambiguous" in nature.  However, the

language of this Court's order was clear in its intent that payments from the Defendant not be

limited if the Defendant was in a position to pay more than the minimum ($25.00) as set forth in

the judgment.  Furthermore, this issue was not raised on appeal and the time for appeal of this

final judgment has passed.  Fed. R. App. P. 4(b)(1)(A).

WHEREFORE, for the foregoing reasons, the United States respectfully requests this

Court to deny the Defendant's motion.

Respectfully submitted,

AMUL R. THAPAR
UNITED STATES ATTORNEY


 s/Cheryl Morgan
Cheryl Morgan
Assistant United States Attorney
260 West Vine Street
Lexington, KY 40507
859-233-2661
FAX (859) 233-2533
cheryl.morgan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system

I further certify that the foregoing document and the notice of electronic filing were

mailed by first class mail to the following non-CM/ECF participant:


Dewayne Harris
Register Number 08715-032
Federal Medical Center-Devens
P.O. Box 879 (N-2)
Ayer, MA  01432-0879
PRO SE DEFENDANT

on the 13th day of September, 2007.

s/ Cheryl Morgan
Cheryl Morgan
Assistant United States Attorney
260 West Vine Street
Lexington, KY 40507
859-233-2661
FAX 859-233-2533
cheryl.morgan@usdoj.gov