Eastern District of Kentucky
FILED
MAY 19 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
Dewayne Harris

Case No: 6:03-CR-17-S-KKC-01

USM No: 08715-032

Date of Original Judgment: 12/18/2003

Date of Previous Amended Judgment: ____________

*(Use Date of Last Amended Judgment if Any)*

Robert E. Cato

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 270 months **is reduced to** ____________.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/23/03 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: May 19, 2015

Karen K. Caldwell

*Judge's signature*

Effective Date: ____________

*(if different from order date)*

Hon. Karen K. Caldwell, Chief U.S. District Judge

*Printed name and title*