PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF KENTUCKY

Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Dewayne Harris                    Case Number:   6:03-CR-017-KKC-01

Name of Sentencing Judicial Officer:   Honorable Karen K. Caldwell, United States District Judge

Date of Original Sentence:   December 18, 2003

Original Offense:  21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute More Than 5 Kilograms of Cocaine and a Quantity of Oxycontin Containing Oxycodone, Schedule II Controlled Substances; 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2: Aided and Abetted in Possessing With Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, Schedule II Controlled Substance; 18 U.S.C § 924(c)(1): Knowingly Possessed Firearms in Furtherance of Drug Trafficking Crimes; and 18 U.S.C. § 1952: Traveled in Interstate Commerce, with Intent to Promote, Carry On, and Facilitate the Promotion, Management, and Carrying On of the Possession with Intent to Distribute and the Distribution of Schedule II Controlled Substances and Thereafter Committed an Act to Facilitate the Promotion, Management, Establishment, and Carrying On of Narcotics Trafficking

Original Sentence:   Two Hundred Seventy Months Imprisonment; Five Years Supervised Release

Type of Supervision:   Supervised Release     Date Supervision Commenced:   January 16, 2025

Asst. U.S. Attorney:   Roger W. West       Defense Attorney:    Robert E. Cato

**PETITIONING THE COURT**

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

December 16, 2025
Page 2

RE: Harris, Dewayne
    Dkt. # 6:03-CR-017-KKC-01
    <u>PROB 12C</u>

| <u>Violation No.</u> | <u>Nature of Noncompliance</u> |
|---|---|
| 1 | Use of Controlled Substance |
| 2 | Commission of a Crime |
| 3 | Commission of a Crime |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/16/2025

Matthew D. Armstrong
Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐ The Issuance of a Summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other



Signed By:

<u>Karen K. Caldwell</u>

United States District Judge

December 16, 2025
                    Date