UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No. 6:03-cr-17-KKC-01 At Lexington Date September 21, 2026

USA vs Dwayne Harris X present X custody ___ bond ___ OR Age ____

---

PRESENT: HON. KAREN K. CALDWELL, U. S. DISTRICT JUDGE

| Kimberly Marsh | Elaine Haberer | William DeMarcus | Andrew Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | US Probation | Assistant U.S. Attorney |

Counsel for Defendant Travis Rossman X present ___ retained X appointed

PROCEEDINGS: **FINAL HEARING ON SUPERVISED RELEASE VIOLATION**

The parties appeared for final hearing on supervised release violation as noted. The parties noted receipt and review of the Supervised Release Violation Report. There were no objections to the proposed penalty provisions. The Defendant stipulated to the violations. After hearing statements of counsel, the Court **HEREBY ORDERS AS FOLLOWS:**

1. The Court FINDS that the defendant violated the terms and conditions of supervision as alleged in the Supervised Release Violation Report.

2. The court REVOKES defendant's supervised release. A revocation Judgment shall be entered. The Court orally advised defendant of his appellate rights.

3. The defendant is remanded to custody.

Copies: COR, USP, USM
Initials of Deputy Clerk km
TIC: /7